Brent Wells
Harder Wells Baron Manning PC
OSB 854030
474 Willamette St., Ste. 200
Eugene, OR 97401
Ph. 541-686-1969
Fax: 541-334-6099
bwells@hwbm.net

John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
Fax 541-345-3237
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| SHAWNA MICHELLE BEGGS,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 6:15-CV-00519-PK<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of **$5,313.84** shall be awarded to Plaintiff.

1 - ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

The parties agree that this award will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then a check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401. If Plaintiff has a debt, then a check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

There are no other costs or expenses to be paid herein.

Dated this 12th of July, 2016.

_____
United States ~~District Judge~~/Magistrate JUDGE

Submitted by:
John E. Haapala, OSB No. 061739
301 E. 10th Ave., Ste. 240
Eugene, OR 97401
(541) 345-8474, Fax (541) 345-8474
Attorney for Plaintiff

2 - ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT