Brent Wells
Harder Wells Baron Manning PC
OSB 854030
474 Willamette St., Ste. 200
Eugene, OR 97401
Ph. 541-686-1969
Fax: 541-334-6099
bwells@hwbm.net

John E. Haapala, Jr.
OSB 061739
401 E. 10th Ave., Ste 240
Eugene, OR 97401
Ph: 541-345-8474
Fax: 541-345-3237
jeh@haapalaw.com
Of attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **SHAWNA M. BEGGS,** | Case No.6:15-cv-00519-PK |
| Plaintiff, | |
| v. | |
| **CAROLYN COLVIN,** Commissioner, Social Security Administration, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of **$5,313.84** shall be awarded to Plaintiff.

The parties agree that this award will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff* ,560 U.S. 586

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

(2010).  If Plaintiff has no such debt, then a check shall be made to Plaintiff's attorney

and made payable to Harder Wells Baron Manning PC, and mailed directly to Plaintiff's

attorney at: 474 Willamette St., Ste. 200, Eugene, OR 97401.  If Plaintiff has a debt,

then a check for any remaining funds after offset of the debt shall be made to Plaintiff's

attorney and mailed to Plaintiff's attorney's office.

There are no other costs or expenses to be paid herein.


Dated this 22ⁿᵈ of _____ July _____ , 2016.

_____
United States District Judge/Magistrate

Submitted by:
John E Haapala, OSB 061739
401 E. 10ᵗʰ Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff